**S. AMANDA MARSHALL**, OSB # 95347
United States Attorney
District of Oregon
**SEAN E. MARTIN**, OSB # 054338
sean.martin@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:     (503) 727-1010
Facsimile:      (503) 727-1117
         Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS,** and **OREGON WILD,**<br><br>              Plaintiffs,<br>    v.<br><br>**UNITED STATES FOREST SERVICE,** an administrative agency of the United States Department of Agriculture,<br><br>              Defendant,<br>and<br><br>**SENECA SAWMILL COMPANY,**<br><br>         **Defendant-Intervenor.** | Case No. 6:10-cv-06337-TC<br><br>**STIPULATED MOTION TO DISSOLVE INJUNCTION** |

Page 1 –    STIPULATED MOTION TO DISSOLVE INJUNCTION; *Cascadia Wildlands et al. v. United States Forest Service*; Case No. 6:10-cv-06337-TC

Plaintiffs and Defendant file this stipulated motion to dissolve the injunction issued by this Court on May 25, 2011.

On May 25, 2011, this Court enjoined the Trapper timber sale "pending the [U.S. Forest Service's] preparation of a supplemental EA addressing the new information regarding the Northern Spotted owl and learning value of the [Trapper] project and a supplemental Decision Notice." Dkt 40 at p. 25.

The U.S. Forest Service has completed a revised EA to address this Court's injunction, and on July 12, 2014, the agency issued a Decision Notice authorizing a revised Trapper project. The Forest Service did not receive objections to the revised project under the administrative review process. The Forest Service plans to implement the revised Trapper project in the near future.

For these reasons, Plaintiffs and Defendant request that this Court issue an order dissolving the injunction against the Trapper timber sale.

DATED this 12th day of August, 2014.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney
District of Oregon

*/s/ Sean E. Martin*
SEAN E. MARTIN
Assistant U.S. Attorney
 Attorney for Defendant

*/s/ Susan Jane Brown*
SUSAN JANE BROWN
 Attorney for Plaintiffs

Page 2 –   STIPULATED MOTION TO DISSOLVE INJUNCTION; *Cascadia Wildlands et al. v. United States Forest Service*; Case No. 6:10-cv-06337-TC